Opinion issued May 21, 2024



In The

# Court of Appeals

For The

## First District of Texas

———————————————

### NO. 01-23-00531-CV

———————————————

**DANIEL HAILE AND WONGELAWIT K. ALEMU, Appellants**

**V.**

**TAMUNO IFIESIMAMA, Appellee**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 18-DCV-252103**

## MEMORANDUM OPINION

Appellant's brief was due to be filed on October 6, 2023. On October 16, 2023, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant filed a motion for extension of time, which the Court granted until

December 29, 2023.  On January 17, 2024, the Court issued a second notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice.  Appellant did not respond or file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.